

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN EDWARD TERRY, <br><br> Defendant. | CR 16-127-BLG-SPW <br><br><br> ORDER |

Upon the United States Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 39), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

Dated this 17th day of July, 2017.

SUSAN P. WATTERS
United States District Judge

1