IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN EDWARD TERRY,<br><br>Defendant. | CR 16-127-BLG-SPW<br><br>ORDER |

Upon the Defendant's Second Motion for Early Termination of Supervision (Doc. 57), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. JOHN TERRY's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 11th day of February 2021.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge